*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CHARLES H. SIMMONS                                                                PLAINTIFF

v.                                        No.  3:10CV00226   SWW

CITY OF JONESBORO, ET AL                                                  DEFENDANT

## ORDER

The trial in this matter will commence at **9:30 a.m.** on the previously scheduled date of October 7, 2013 in Jonesboro, Arkansas.  Counsel should be present at 9:00 a.m. for pretrial matters.

IT IS SO ORDERED  this 2nd day of August 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE